172 F.3d 860
 Amrit Lal
v.
Borough of Kennett Square, Kenneth Roberts, President of
Borough Council, J. McCarthy, Council Members, C. Merrick,
M. Piergalline, J. Scalice, T. Zunino, C.S. Cramer, Mayor
Douglas marguriet, Borough Manager, Charles Warner, Code
Enforcement Official, Albert J. McCarthy, Chief of Borough
Police, John L. Hall, Associate Solicitor, Mark Tunnell,
Assistant Solicitor, John Halsted, Solicitor to the Borough,
Government of Chester
 NO. 97-2022
 United States Court of Appeals,
Third Circuit.
 November 25, 1998
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 Affirmed.